IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JANEE MCCONICO,
    Plaintiff,

vs.                                     Case No.:  3:04cv20/RV/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 21, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's motion to award attorney's fees pursuant to 42 U.S.C. § 406(b) (Docs. 28, 29) is **GRANTED**. Petitioner should be awarded attorney's fees in the amount of $8,338.25.

3. Upon receipt of attorney's fees in the amount of $8,338.25 pursuant to 42 U.S.C. § 406(b), Petitioner shall immediately refund to Plaintiff the previously awarded EAJA sum of $1,506.25.

**DONE AND ORDERED** this 23rd day of January, 2007.

                                            s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**